# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| Appellee, | : |
| | : Case No. 13-3074 |
| v. | : |
| **CHRISTIAN BORDA,** | : |
| Appellant. | : |

## AMENDED MOTION TO FILE SEPARATE BRIEFS

COMES NOW, undersigned counsel on behalf of Appellant, **CHRISTIAN BORDA** and unopposed requests leave to file separate briefs for co-appellants Christian Borda and Alvaro Alvaran-Velz in the above referenced case matter for the following reasons:

1. The due date for Appellant's Brief is October 19, 2015.

2. Counsel for Mr. Alvaran joins in this motion.

3. Appellants filed separate notices of appeal (R. 426, 451).

4. This Court consolidated the appeals on October 24, 2013.

5. The record in this case is voluminous. This case remained pending for approximately three and a half years in the district court for extensive briefing and hearings on post trial motions. There are at least approximately 44 volumes of transcripts including trial and hearings. The district docket contains 467 entries.

6. After consultation with counsel for Mr. Alvaran, Mr. Borda has at least five independent issues and Mr. Alvaran has at least three independent issues.

7. Counsels will confer as to issues that can be consolidated and/or adopted to avoid unnecessary repetition.

8. It is not feasible under the circumstances and within the length limits according to the Federal Rules of Appellate Procedure for the Appellants to file a consolidated brief.

9. If the Court does not grant this motion to file separate briefs, the Appellants respectfully request an additional 7 days and 9,000 words to prepare a joint brief.

10. Assistant United States Attorney Kirby Heller is unopposed to both requests. Appellants would not oppose additional time and length for the Government to respond.

Therefore, it is respectfully requested that this Honorable Court allow Appellants the opportunity to file separate briefs or in the alternative for oversized brief and additional time to file.

Respectfully submitted,

/s/ Marcia G. Shein
Counsel for Petitioner
Georgia Bar No. 639820
Federal Bar No. 53667

                                      2392 North Decatur Road
                                      Decatur, Georgia 30033
                                      (404) 633-3797 (Phone)
                                      marcia@msheinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this date electronically filed the forgoing unopposed motion, which will be electronically delivered to U. S Department of Justice, Criminal Division, Kirby Ann Heller, e-mail:Kirby.heller@usdoj.gov.

This 13th day of October, 2015.

                                        Respectfully submitted,

                                        /s/ Marcia G. Shein
                                        Counsel for Petitioner
                                        Georgia Bar No. 639820
                                        Federal Bar No. 53667
                                        2392 North Decatur Road
                                        Decatur, Georgia 30033
                                        (404) 633-3797 (Phone)
                                        marcia@msheinlaw.com