# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 13-3074** | **September Term, 2015** |
| | 1:07-cr-00065-GK-1 |
| | 1:07-cr-00065-GK-2 |
| | Filed On: October 14, 2015 [1578006] |

United States of America,

      Appellee

    v.

Christian Fernando Borda, also known as Tony,

      Appellant

------------------------------

Consolidated with 13-3101

### O R D E R

    Upon consideration of motion of appellant, Christian Borda, to file separate briefs, it is

    **ORDERED** that the motion be granted.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                    BY:   /s/
                                   Lynda M. Flippin
                                   Deputy Clerk